**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.

GUNNISON WATERSHED SCHOOL DISTRICT RE-IJ

    Plaintiff,

v.

AMERICAN ZURICH INSURANCE COMPANY,

    Defendant.

___

**NOTICE OF REMOVAL**
___

TO:    David M. Dodero
        Daniel F. Fitzgerald
        David A. Price
        HOSKIN FARINA & KAMPF
        Professional Corporation
        200 Grand Avenue, Suite 400
        Post Office Box 40
        Grand Junction, Colorado 81502-0040

        District Court, Gunnison County, State of Colorado
        200 E. Virginia Avenue
        Gunnison, CO 81230

**PLEASE TAKE NOTICE** that Defendant, American Zurich Insurance Company ("AZIC"), an Illinois corporation, removes this action from the Gunnison County District Court, City and County of Gunnison, State of Colorado (the "State Court"), to the United States District Court for the District of Colorado (the "District Court"), and gives notice thereof in accordance with 28 U.S.C. § 1446 upon the following grounds:

1.      On October 14, 2014, Plaintiff Gunnison Watershed School District RE-1J ("the School District") filed an action against AZIC in the State Court, Case No. 2014CV030080 ("the State Court Action").  The School District's Complaint asserts three claims for relief: 1) breach of contract; 2) violation of C.R.S. §§ 10-3-1115 and 10-3-1116; and 3) bad faith breach of insurance contract.  The School District seeks compensatory damages and all interest permitted by law, as well as attorneys' fees and costs and such other relief as the Court deems proper.  A copy of the Complaint and Demand for Jury Trial is attached hereto as **Exhibit A**.

2.      According to the Notice of Service of Process from the Corporation Service Company ("CSC"), AZIC was served with the Summons and Complaint on October 22, 2014.  A copy of the Notice of Service of Process is attached hereto as **Exhibit B**.  However, it appears that AZIC may have been served on the Commissioner of Insurance on October 15, 2014.  See **Exhibit C**, Return of Service filed by the School District n the State Court Action.  If service was made on October 22, 2014, then AZIC's answer date in the State Court Action is Wednesday, November 12, 2014.  If service was made on October 15, 2014, AZIC's answer date in the State Court Action was November 6, 2014.

3.      Based upon the School District's position that AZIC was served on October 15, 2014, the School District filed a Motion for Entry of Default on November 6, 2014, attached as **Exhibit D**, along with the Affidavit of Daniel F. Fitzgerald in support of the School District's Motion, attached as **Exhibit E**.

4.      On November 7, 2014, after learning of the School District's Motion for Entry of Default, counsel for AZIC contacted counsel for the School District and notified the School District's counsel that, based on the Notice of Service of Process (**Exhibit B**), AZIC believed it

was served on October 22, 2014, and that its response was not due until November 12, 2014. Counsel indicated he would discuss the situation with his client.

5. On November 7, 2014, AZIC filed an Entry of Appearance, <u>Unopposed</u> Request for Extension of Time to Answer or Otherwise Respond, and Response to Motion for Entry of Clerk's Default in the State Court Action, requesting an Order granting AZIC an extension through November 21, 2014 to answer or otherwise respond to the Plaintiff's Complaint in the State Court Action. AZIC's Motion is attached hereto as **Exhibit F**. Notwithstanding this issue, AZIC first received notice of the State Court Action on either October 15, 2014 or October 22, 2014. AZIC did not have notice of the State Court Action before either if these dates.

6. Defendant AZIC certifies that, to the best of its knowledge, the only pleadings and other papers filed to date in the State Court Action are the Complaint (**Exhibit A**), the Summons/Return of Service (**Exhibit C**), the School District's Motion for Entry of Default (**Exhibit D**), the Affidavit of Daniel F. Fitzgerald in support of the School District's Motion (**Exhibit E**), and AZIC's Entry of Appearance, <u>Unopposed</u> Request for Extension of Time to Answer or Otherwise Respond, and Response to Motion for Entry of Clerk's Default (**Exhibit F**). Further, no hearings are set in the State Court Action. *See also* Docket Sheet in the State Court Action, attached hereto as **Exhibit G**.

7. The District Court has original jurisdiction over this civil action under 28 U.S.C. § 1332(a), which requires an amount in controversy in excess of $75,000, exclusive of interest and costs, as well as complete diversity of citizenship between the plaintiff and all defendants.

8. A good faith basis is all that is necessary to satisfy the amount in controversy requirement of federal court jurisdiction under 28 U.S.C. § 1332(a). *See, e.g., Freebird, Inc. v.*

3

*Merit Energy Co.,* 597 F. Supp. 2d 1245, 1247 (D. Kan. 2009), *citing Morgan v. Gay*, 471 F.3d 469, 474 (3rd Cir. 2006).  Here, the School District's Complaint clearly alleges that its claim against AZIC is for $130,589.21 (the School District maintains AZIC owes the School District $489.184.17 under the AZIC policies, while AZIC paid $358,594.96 to the School District under its policies).  (See paragraphs 17 through 24 of the Complaint.)  In addition, the School District is requesting two times the alleged "covered benefit" under C.R.S. § 10-3-1115 and § 10-3-1116, for <u>a total specific amount sought by the School District of $261,178.42</u>, notwithstanding its demand for fees, costs, and interest.  Thus, the amount in controversy exceeds $75,000.00

9. Further, there is diversity of citizenship between the School District and AZIC.

10. As set forth in paragraph 1 of its Complaint, the School District is organized and exists under the laws of the State of Colorado and has its principal place of business at 800 N. Boulevard Street, Gunnison, Colorado.  Therefore, under 28 U.S.C. § 1332(c)(1), the School District is a citizen of Colorado.

11. AZIC is an Illinois corporation with its principal place of business at 1400 American Lane, Schaumberg, Illinois.  Therefore, under 28 U.S.C. § 1332(c)(1), AZIC is a citizen of Illinois.

12. Thus, under 28 U.S.C. § 1332(a), there is complete diversity of citizenship between the School District and AZIC.

13. This Notice of Removal is being filed within thirty days of AZIC's receipt of the Complaint on either October 15, 2104 or October 22, 2014.  Thus, this Notice of Removal is timely under 28 U.S.C. § 1446(b).

14. A copy of this Notice of Removal has been filed with the Clerk of the State Court and served upon the School District's counsel pursuant to 28 U.S.C. § 1446(d) and D.C.COLO.LCivR 81.1.

**WHEREFORE**, AZIC prays this case proceed in the District Court as an action timely and properly removed.

**DATED** this 7th day of November, 2014.

s/ Victor M. Morales
_____
Todd E. Jaworsky
Victor M. Morales
McElroy, Deutsch, Mulvaney & Carpenter, LLP
5600 S. Quebec Street, Suite C100
P.O. Box 4467
Greenwood Village, CO 80111
Phone: (303) 293-8800
Fax: (303) 839-0036
E-mail: tjaworsky@mdmc-lawco.com
vmorales@mdmc-lawco.com

*Attorneys for Defendant American Zurich Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of November, 2014, a true and correct copy of the foregoing NOTICE OF REMOVAL was electronically filed with the Clerk of Court using the CM/ECF system and served to the following parties via email:

David M. Dodero
Daniel F. Fitzgerald
David A. Price
HOSKIN FARINA & KAMPF
Professional Corporation
200 Grand Avenue, Suite 400
Post Office Box 40
Grand Junction, Colorado 81502-0040
Email: ddodero@hfak.com;
      dfitzgerald@hfak.com;
      dprice@hfak.com

*s/ Victor M. Morales*
_____
Todd E. Jaworsky
Victor M. Morales
McElroy, Deutsch, Mulvaney & Carpenter, LLP
5600 S. Quebec Street, Suite C100
P.O. Box 4467
Greenwood Village, CO 80111
Phone: (303) 293-8800
Fax: (303) 839-0036
E-mail: tjaworsky@mdmc-lawco.com
       vmorales@mdmc-lawco.com

*Attorneys for Defendant American Zurich Insurance Company*

I further certify that on this 7th day of November, 2014, I caused Defendant's **NOTICE OF FILING OF REMOVAL**, together with a copy of the foregoing **NOTICE OF REMOVAL**, to be delivered for filing via ICCES to the Court Clerk, Gunnison County District Court.

*s/ Kathleen Porter*
_____
Kathleen Porter