| | |
|---|---|
| DISTRICT COURT, GUNNISON COUNTY, COLORADO<br>Address:   200 E. Virginia Ave.<br>              Gunnison, Colorado 81230 | |
| **Plaintiff:**   GUNNISON WATERSHED SCHOOL<br>DISTRICT RE-1J<br><br>v.<br><br>**Defendants:**   AMERICAN ZURICH INSURANCE<br>COMPANY | ▼ COURT USE ONLY ▼ |
| **Attorneys:**   David M. Dodero<br>              Daniel F. Fitzgerald<br>              David A. Price<br>**Firm Name:**   HOSKIN FARINA & KAMPF<br>Professional Corporation<br>200 Grand Avenue, Suite 400<br>Post Office Box 40<br>Grand Junction, Colorado  81502-0040<br>**Telephone No.:**   (970) 986-3400<br>**Fax No.:**   (970) 986-3401<br>**E-mail Address:**   ddodero@hfak.com; dfitzgerald@hfak.com<br>              dprice@hfak.com<br>**Attorney Reg. No.**  24537; 14393; 44647 | Case No.<br><br>Div.:              Ctrm. |
| **COMPLAINT AND JURY DEMAND** | |

Plaintiff Gunnison Watershed School District RE-1J (the "District"), by and through its counsel, Hoskin, Farina & Kampf, Professional Corporation, makes its Complaint as follows:

### I.   General Allegations

1.   The District is a school district organized and existing under the laws of the State of Colorado, and has its principal office at 800 N. Boulevard Street, Gunnison, Colorado.

2.   Defendant American Zurich Insurance Company ("Zurich") is a corporation organized under the laws of Illinois.

3.   Zurich is authorized to do business in Colorado and does business in Colorado.



4. Zurich maintains offices in Colorado located at 2355 Briargate Parkway, Colorado Springs, Colorado and 5445 DTC Parkway, Suite 100, Greenwood Village, Colorado.

5. Venue is proper in Gunnison County because the tort that is the subject of this action was committed in Gunnison County, the contracts that are the subject of this action were to be performed in Gunnison County, and the claims that are the subject of this action arose in Gunnison County.

6. Between 2005 and 2014, the District purchased nine insurance policies providing crime and fidelity coverage to the District from Zurich and Zurich's affiliates, including American Guarantee and Liability Insurance Company.

7. The insurance policies were in effect from July 1, 2005 through July 1, 2014.

8. Each insurance policy had an effective date of July 1 of the year in which it was issued.

9. Each insurance policy had a one year term.

10. The five insurance policies covering the 2005-2006, 2006-2007, 2007-2008, 2008-2009 and 2009-2010 periods had Employee Theft coverage limits of $50,000.

11. The four insurance policies covering the 2010-2011, 2011-2012, 2012-2013 and 2013-2014 periods had Employee Theft coverage limits of $500,000.

12. In late 2013, the District discovered that a District employee had stolen $651,999 from the District between 2006 and 2012.

13. In 2013, the District submitted to Zurich a Proof of Loss in the amount of $651,999 for losses due to theft by the District employee from 2006 through 2012.

14. In 2014, the District discovered that the District employee had stolen additional amounts from the District from 2006 through 2013.

15. In 2014, the District submitted to Zurich an Amended Proof of Loss in the amount of $683,572.30 for losses due to theft by the District employee from 2006 through 2013 ("the losses").

16. Zurich accepted the Proof of Loss and Amended Proof of Loss submitted by the District.

17. The terms of the insurance policies obligate Zurich to pay the District at least $489,184.17 for the losses.

18.     After receiving the Proof of Loss and Amended Proof of Loss, Zurich advised the District that Zurich would pay the District only $358,594.96 for the losses.

19.     Zurich's position that Zurich is obligated to pay the District only $358,594.96 for the losses is not supported by the terms of the insurance policies.

20.     Zurich's position that Zurich is obligated to pay the District only $358,594.96 for the losses is directly inconsistent with the terms of the insurance policies.

21.     After Zurich advised the District that Zurich would pay the District only $358,594.96 for the losses, the District, through legal counsel, corresponded with Zurich on multiple occasions and explained that the terms of the insurance policies obligated Zurich to pay the District $489,184.17 for the losses and that Zurich's position was not supported by the terms of the insurance policies.

22.     Zurich continued to maintain that it would pay the District only $358,594.96 for the losses.

23.     Zurich paid the District $358,594.96 in partial payment of the District's covered loss under the insurance policies.

24.     The District executed a Partial Release and Assignment of Claim pursuant to which the District partially settled and released Zurich from the District's insurance claim to the extent of Zurich's $358,594.96 payment to the District.

## II.   First Claim for Relief – Breach of Contract

25.     The District incorporates the allegations set forth in paragraphs 1 through 24 as if fully set forth herein.

26.     The District and Zurich entered into insurance contracts providing crime and fidelity coverage pursuant to which Zurich was obligated to pay the District for claims arising out of theft by a District employee between 2006 and 2014 (the "Insurance Contracts").

27.     The District performed all its obligations under the Insurance Contracts, including paying all premiums due and properly and timely submitting the Proof of Loss and Amended Proof of Loss arising out of the theft by the District employee.

28.     Zurich breached the Insurance Contracts by failing to pay the District the full amount of the loss covered by the Insurance Contracts in accordance with the terms of the Insurance Contracts.

29. Zurich's breach of the Insurance Contracts caused the District to sustain damages.

### III. Second Claim for Relief – C.R.S § 10-3-1115 -1116

30. The District incorporates the allegations set forth in paragraphs 1 through 29 as if fully set forth herein.

31. The District is a "first-party claimant" as that term is defined in C.R.S § 10-3-1115 and used in § 10-3-1116.

32. Zurich is a "person engaged in the business of insurance" as that phrase is used in C.R.S. § 10-3-1115.

33. Zurich unreasonably delayed and denied the District's claim for payment of benefits under the Insurance Contracts.

34. The District is entitled to recover from Zurich two times the covered benefit and the District's reasonable attorney fees and court costs.

### IV. Third Claim for Relief – Bad Faith Breach of Insurance Contract

35. The District incorporates the allegations set forth in paragraphs 1 through 34 as if fully set forth herein.

36. Zurich acted unreasonably in failing to pay the District the full amount of the loss covered by the Insurance Contracts in accordance with the terms of the Insurance Contracts.

37. Zurich knew that its failure to pay the District the full amount of the loss covered by the Insurance Contracts in accordance with the terms of the Insurance Contracts was unreasonable.

38. Zurich recklessly disregarded that its failure to pay the District the full amount of the loss covered by the Insurance Contracts in accordance with the terms of the Insurance Contracts was unreasonable.

39. Zurich's failure to pay the District the full amount of the loss covered by the Insurance Contracts in accordance with the terms of the Insurance Contracts caused the District damages.

WHEREFORE, the District respectfully requests the Court to enter judgment in its favor for actual damages sustained by the District, two times the covered benefit, reasonable attorney fees, court costs, and such other and further relief as the Court deems just and proper.

## V. Jury Demand

The District demands a jury on all issues and claims that may be tried to a jury.

Respectfully submitted this 14th day of October, 2014.

HOSKIN FARINA & KAMPF
Professional Corporation

*s/Daniel F. Fitzgerald*
By *Daniel F. Fitzgerald*
Daniel F. Fitzgerald, Reg. #44647
David M. Dodero, Reg. #24537
David A. Price, Reg. #14393
Attorneys for Gunnison Watershed School District RE-1J

Plaintiff's Address
800 N. Boulevard Street
Gunnison, Colorado 81230