### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### LEWIS T. BABCOCK, JUDGE

Civil Case No. 14-cv-03030-LTB-NYW

GUNNISON WATERSHED SCHOOL DISTRICT RE-1J,

    Plaintiff,

v.

AMERICAN ZURICH INSURANCE COMPANY,

    Defendant.

_____

### MINUTE ORDER
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK


    Plaintiff's Unopposed Motion to Amend Complaint (Doc 27 - filed February 26, 2015) is **GRANTED**.  Plaintiff's Amended Complaint (Exhibit 2 to the Motion) is accepted for filing.



Dated:  February 27, 2015
_____