**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Action No.   14-cv-03030-LTB-BNB

GUNNISON WATERSHED SCHOOL DISTRICT RE-IJ

       Plaintiff,

v.

AMERICAN ZURICH INSURANCE COMPANY,

       Defendant.

---

**ORDER**

---

The Court having considered Defendant's Motion for Leave to Assert Counterclaim (Doc 30) together with Plaintiff's Response (Doc33), and Defendant's Reply (Doc 34), and being duly advised, Defendant's Motion for Leave to Assert Counterclaim is GRANTED.

                                    BY THE COURT:

                                      s/Lewis T. Babcock
                                    Lewis T. Babcock, Judge

DATED:   April 1, 2015