# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03030-LTB-NYW

GUNNISON WATERSHED SCHOOL DISTRICT RE-1J,

    Plaintiff,

v.

AMERICAN ZURICH INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

Entered By Magistrate Judge Nina Y. Wang

    This civil action comes before the court on Plaintiff's unopposed Motion to Amend Plaintiff's Amended Complaint ("Motion to Amend"). [#44, filed June 17, 2015]. Pursuant to the Order Referring Case dated January 8, 2015 [#20], the Order of Reassignment dated February 10, 2015 [#25], and the memorandum dated June 18, 2015 [#45], this matter was referred to this Magistrate Judge.

    IT IS ORDERED that the Motion to Amend is GRANTED. The Clerk of the Court is instructed to accept [#44-7] for filing as the Second Amended Complaint and Jury Demand.

DATED: June 23, 2015