IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| Civil Action: | 14-cv-03030-LTB-NYW | Date: September 2, 2015 |
|---|---|---|
| Courtroom Deputy: | Brandy Simmons | FTR: NYW COURTROOM C-204* |

| *Parties* | *Attorney(s)* |
|---|---|
| GUNNISON WATERSHED SCHOOL DISTRICT RE-1J, | *Daniel F. Fitzgerald* |
| | *David Michael Dodero* |
| **Plaintiff,** | |
| **Counter-Defendant,** | |
| v. | |
| AMERICAN ZURICH INSURANCE COMPANY, | *Todd Evan Jaworsky* |
| | *Victor M. Morales* |
| **Defendant,** | |
| **Counter-Claimant.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**TELEPHONIC STATUS CONFERENCE**

Court in Session: 3:05 p.m.

Appearance of counsel.

Discussion held regarding Defendant American Zurich Insurance Company's Motion Under FED.R.CIV.P. 26(b)(2)(c) and 26(c)(1)(a) to Stay "Bad Faith" Discovery and Depositions of Zurich Agents Set for September 8 and 9, 2015 [58] filed August 28, 2015.

For the reasons stated on the record, it is

**ORDERED: The Motion to Stay [58] is DENIED. The depositions set for September 8 and 9, 2015, shall proceed as scheduled.**

Court in Recess:  3:25 p.m.            Hearing concluded.            Total time in Court: 00:20

* To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.